UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIE GONZALEZ,<br><br>      Plaintiff,<br><br>v.<br><br>DOE 15 et al.,<br><br>      Defendants. | Case No. 2:25-cv-02011-SB-DFM<br><br>ORDER TO SHOW CAUSE RE REMAND |

    Plaintiff Louie Gonzalez, a self-represented litigant, removed this action from the Los Angeles Superior Court. Dkt. No. 1. The removal statute, however, only permits a defendant to remove an action from state court. 28 U.S.C. § 1441(a) ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants."); *Am. Int'l Underwriters (Philippines), Inc. v. Cont'l Ins. Co.*, 843 F.2d 1253, 1260 (9th Cir. 1988) ("The right to remove a state court case to federal court is clearly limited to defendants.").

    By April 4, 2025, Plaintiff is ordered to show cause, in writing, why this action should not be remanded to the Los Angeles Superior Court. Failure to timely respond will be construed as consent to remand.

Date: March 18, 2025

                                              Stanley Blumenfeld, Jr.
                                              United States District Judge